IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

DANNY R. RUARK,

Plaintiff,

vs.

UNION PACIFIC RAILROAD COMPANY,

**Serve: CT Corporation System**
**208 So LaSalle Street, Suite 814**
**Chicago, Illinois 60604**

Defendant.

Case No: 3:14-cv-00329-DRH-PMF

**COMPLAINT**
**(F.E.L.A. – NEGLIGENCE)**

COMES NOW Plaintiff, DANNY R. RUARK, by and through his attorneys, Kujawski Marcus, LLC and JonesGranger, and for his Complaint against the Defendant, UNION PACIFIC RAILROAD COMPANY, states as follows:

1. That the jurisdiction of this Court is based upon an Act of Congress of the United States, being the Federal Employers' Liability Act, 45 U.S.C. Sections 51 *et. seq.* as hereinafter more fully shown.

2. That at all times mentioned herein, the Defendant, UNION PACIFIC RAILROAD COMPANY, was and is a corporation controlled, operated, and maintained in interstate commerce, engaged in transporting interstate commerce between various states by rail including the states of Illinois and Missouri.

3. That on or about September 22, 2013, or on a date known more certainly to the Defendant, and at all times mentioned herein, the Plaintiff, DANNY R. RUARK,

was an employee of the Defendant, UNION PACIFIC RAILROAD COMPANY, and had been for several years prior thereto.

4. That at all times mentioned herein, all or part of the duties of the Plaintiff as such an employee furthered interstate commerce conducted by the Defendant railroad or in some way directly or substantially affected said commerce.

5. That on or about the above-said date, and at all times relevant herein, the Plaintiff was employed by the Defendant as a machine operator and as such, was in the performance of his duties in the vicinity of Lincoln, Illinois.

6. That on or about September 22, 2013, or on a date known more certainly to the Defendant, the Plaintiff was injured when a hydraulic rail drill exploded.

7. That at said time and place, the Defendant, UNION PACIFIC RAILROAD COMPANY, by and through its agents, servants, and employees, negligently and carelessly committed one or more of the following acts or omissions to wit:

(a) Failed to provide Plaintiff with a safe place within which to work;

(b) Failed to provide Plaintiff with a safe method in which to perform his work;

(c) Failed to fix, repair and/or maintain its hydraulic rail drill when it was reported to the Defendant that it was defective prior to this occurrence;

(d) Failed to provide Plaintiff with an operational hydraulic rail drill in which to perform his work;

(e) Failed to remove from service its hydraulic rail drill until it was repaired;

(f) Failed to replace its hydraulic rail drill with one which was operational; and

(g) Allowed these unsafe practices to become common practice.

8. That as a direct result, in whole or in part, of one or more of the above and foregoing negligent acts or omissions on the part of the Defendant, the Plaintiff, while in the performance of his duties as a machine operator, and in connection with and in the scope and course of his employment, was caused to become severely injured when the hydraulic rail drill he was using exploded causing Plaintiff to sustain severe and permanent injuries to wit: injuries to the knees, spine and eyes; injuries to the muscles, tendons, ligaments, nerves, soft tissues, vertebrae, joints, and discs of the spine; an aggravation of a pre-existing condition to the spine and body; injuries to his entire body; that Plaintiff has sustained pain and suffering in the past, and is reasonably certain to experience pain and suffering in the future as a result of said injuries; that Plaintiff has incurred permanent disfigurement and disability resulting from said injuries; that Plaintiff has incurred a past and future permanent loss of earning capacity; that Plaintiff has become obligated in the past for medical expenses resulting from his injuries and will be obligated in the future to expend large sums of money for necessary medical care, treatment and services; all to Plaintiff's damages.

WHEREFORE, the Plaintiff, DANNY R. RUARK, prays judgment against the Defendant, UNION PACIFIC RAILROAD COMPANY, in an amount in excess of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00) adequate to fairly and reasonably compensate him for damages sustained herein plus costs of this suit, pre-judgment interest, post-judgment interest, and for such other and further relief as this Court deems just and proper.

**KUJAWSKI MARCUS, LLC**

By: s/ John P. Kujawski
**JOHN P. KUJAWSKI, IL BAR NO. 3128922**
1331 Park Plaza Drive, Suite 2
O'Fallon, Illinois 62269-1764
(618) 622-3600 – Telephone
(618) 622-3700 – Facsimile

and

**J. WELDON GRANGER, TX Bar #8297500**
JONES GRANGER
10000 Memorial Drive, Suite 888
P.O. Box 4340
Houston, Texas 77210
(713) 668-0230 – Telephone
(713) 956-7139 – Facsimile
(*PRO HAC VICE TO BE PROVIDED*)

**ATTORNEYS FOR PLAINTIFF**